PER CURIAM.

(No. 74-CC-140 )

DR. NIKOS PANACOS, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed December 17, 1973.*

DR. NIKOS PANACOS, Claimant, pro se.

181

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.